**United States District Court**
For the Northern District of California

1

2                                              **\*E-Filed 8/29/11\***

3

4

5

6

7

8                IN THE UNITED STATES DISTRICT COURT

9

10             FOR THE NORTHERN DISTRICT OF CALIFORNIA

11 LESTER ELLIS, et al.,                No. C 11-04138 RS

12           Plaintiff,

13    v.                               **RECUSAL ORDER**

14 GENERAL DYNAMICS CORPORATION, et al.,

15

16           Defendant.
_____/

17

18       I hereby recuse myself from hearing or determining any matters which have been

19 referred to me as District Judge in the above-entitled action.  The Clerk of Court shall reassign

the referred matters in this case to another District Judge.

20

21

22

23     **IT IS SO ORDERED.**

24

25 Dated: 8/29/11

                                        _____
                                        RICHARD SEEBORG
                                        UNITED STATES DISTRICT JUDGE

26

27

28